UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIEGO PILCO,<br><br>      Plaintiff,<br><br>    -against-<br><br>UNITED STATES DEPARTMENT OF JUSTICE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>      Defendant. | 23-CV-10051 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  On January 16, 2024, the Court granted Plaintiff 60 days' leave to file an amended complaint. That order was returned to the Court on February 12, 2024. The Court therefore directed Plaintiff, by order dated February 15, 2024, to update the Court, in writing, with a new address, within 30 days. Plaintiff has not notified the court of a change of mailing address or filed an amended complaint. Accordingly, Plaintiff's complaint is dismissed without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute. Should Plaintiff intend to proceed with this matter, he may file a motion for reconsideration asking the Court to reconsider its order of dismissal and attaching his amended complaint.

## CONCLUSION

  The Court dismisses Plaintiff's complaint without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:   March 20, 2024
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge

2