UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIEGO PILCO,<br><br>                              Plaintiff,<br><br>       -against-<br><br>UNITED STATES DEPARTMENT OF JUSTICE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>                              Defendant. | 23-CV-10051 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 20, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 20, 2024
         New York, New York

                                            /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                    Chief United States District Judge